B19-31573

| **Fill in this information to identify the case** | |
|---|---|
| Debtor 1 | Michael L Browning, II |
| Debtor 2 (spouse, if filing) | Shanna Browning |
| United States Bankruptcy Court for the: | Southern    District of   Ohio |
| Case Number | 19-55773 |

Official Form 410S1

# Notice of Mortgage Payment Change            12/15

**If the debtor's plan provides for payment of postposition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

| **Name of creditor:** FREEDOM MORTGAGE CORPORATION | **Court claim no. (if known):** 20 |
|---|---|
| **Last four digits** of any number **y**ou use to identify the debtor's account:  6538 | **Date of payment change:** Must be at least 21 days after date of this notice   11/1/2021 |
| | **New total payment:** Principal, interest, and escrow, if any   $ 2,612.54 |

### Part 1:  Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

☐ No
☑ Yes. Attach a copy of the escrow account statement, prepared according to applicable non bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

　　Current escrow payment:   $ ____876.63_____      New escrow payment:   $ ____897.78_____

### Part 2:  Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

☑ No
☐ Yes. Attach a copy of the rate change notice, prepared according to applicable non bankruptcy law. Describe the basis for the change. If a notice is not attached, explain why: _____

　　Current interest rate   :   _____%       New interest rate:   _____%

　　Current principal and interest payment: $ _____   New Principal and interest payment: $ _____

### Part 3:  Other Payment Change

Will the re be a change in the debtor's mortgage payment for a reason not listed above?

☑ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect*.)

　　Reason for change: _____

　　Current mortgage payment: $ _____     New mortgage payment:   $ _____

B19-31573

Debtor 1   Michael L Browning, II                        Case number   19-55773
           First Name   Middle Name   Last Name

## Part 4

The person completing this Notice must sign it.  Sign and print your name and title, if any, and state your address and telephone number

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge,
information, and reasonable belief.

✗ /s/Katherine D. Carpenter, Esq.                           Date   09/21/2021
  Signature

Print:   Katherine D. Carpenter, Esq. (#0096867)            Title:  Attorney for Creditor
         Richard J. LaCivita, Esq. (#0072368)
         First Name    Middle Name    Last Name

Company   Reimer Law Co.

Address   30455       Solon Road
          Number      Street

          Solon                 OH        44139
          City                  State     Zip Code

Contact phone   440-600-5500                                 Email:  kcarpenter@reimerlaw.com

Official Form 410S1                **Notice of Mortgage Payment Change**                            page 2

B19-31573

# CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Notice was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants register in this case at the email address registered with the court and (ii) **by ordinary U.S. Mail** on September 21, 2021 addressed to:

1. Michael L Browning, II
   Shanna Browning, Debtors
   5030 Harrisburg Georgeville Road
   Grove City, OH 43123

2. Franklin County Treasurer
   373 South High Street, 17th Floor
   Columbus, Ohio 43215-6306

3. Ohio Department of Taxation
   Attn: Bankruptcy Division
   P.O. Box 530
   Columbus, OH 43266

4. Estate of James Buell Wellman
   c/o Robert V. Morris, II, Admin WWA
   655 Metro Place South, Suite 210
   Dublin, OH 43017

/s/Katherine D. Carpenter
Reimer Law Co.
Katherine D. Carpenter #0096867
Richard J. LaCivita #0072368
30455 Solon Road
Solon, Ohio 44139
Phone No. 440-600-5500
Fax No. 440-600-5521
kcarpenter@reimerlaw.com